[If you need additional space for ANY section, please attach an additional sheet and reference that section]

RECEIVED

**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**

SEP 19 2017 

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

JUANItA
HOLLIMAN

Plaintiff(s),

CHICAGO StAte
UNIVERSITY

Defendant(s).

)
)
)
)
)
)
)
)
)
)
)

**1:17-cv-06773**
**Judge John J. Tharp, Jr**
**Magistrate Judge Michael T. Mason**

## COMPLAINT OF EMPLOYMENT DISCRIMINATION

1. This is an action for employment discrimination.

2. The plaintiff is JUANItA HOLLIMAN of the county of COOK in the state of ILLINOIS.

3. The defendant is CHICAGO StAte UNIVERSITY, whose street address is 9501 So. King Drive, (city) CHICAGO (county) COOK (state) ILL (ZIP) 60628 (Defendant's telephone number) 773-995-2000

4. The plaintiff sought employment or was employed by the defendant at (street address) CHICAGO StAte UNIVERSITY (city) CHICAGO (county) COOK (state) ILL. (ZIP code) 60628

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

Rev. 06/27/2016

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

5.  The plaintiff [*check one box*]

(a)  ☐  was denied employment by the defendant.

(b)  ☐  was hired and is still employed by the defendant.

(c)  ☒  was employed but is no longer employed by the defendant.

6.  The defendant discriminated against the plaintiff on or about, or beginning on or about, (month) _MAY 23_, (day) _23_, (year) _2016_.

7.1  *(Choose paragraph 7.1 or 7.2, do not complete both.)*

(a)  The defendant is not a federal governmental agency, and the plaintiff [*check one box*] ☒ *has* ☐ *has not* filed a charge or charges against the defendant

asserting the acts of discrimination indicated in this complaint with any of the

following government agencies:

(i)  ☒ the United States Equal Employment Opportunity Commission, on or about

(month) _August_ (day) _23_ (year) _2016_

(ii)  ☐  the Illinois Department of Human Rights, on or about

(month)_____ (day)_____ (year)_____.

(b)  If charges *were* filed with an agency indicated above, a copy of the charge is

attached. ☒ Yes, ☐ No, **but plaintiff will file a copy of the charge within 14 days**.

It is the policy of both the Equal Employment Opportunity Commission and the Illinois

Department of Human Rights to cross-file with the other agency all charges received. The

plaintiff has no reason to believe that this policy was not followed in this case.

7.2  The defendant is a federal governmental agency, and

(a)  the plaintiff previously filed a Complaint of Employment Discrimination with the

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

Rev. 06/27/2016

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

defendant asserting the acts of discrimination indicated in this court complaint.

    ☐ Yes (month)_____ (day)_____ (year) _____

    ☐ No, did not file Complaint of Employment Discrimination

(b)    The plaintiff received a Final Agency Decision on (month)_____

    (day) _____ (year) _____.

(c)    Attached is a copy of the

    (i) Complaint of Employment Discrimination,

        ☐ Yes    ☐ No, but a copy will be filed within 14 days.

    (ii) Final Agency Decision

        ☐ Yes    ☐ N0, but a copy will be filed within 14 days.

8.    *(Complete paragraph 8 only if defendant is not a federal governmental agency.)*

    (a) ☐    the United States Equal Employment Opportunity Commission has not

        issued a *Notice of Right to Sue.*

    (b) ☒ the United States Equal Employment Opportunity Commission has issued

        a *Notice of Right to Sue*, which was received by the plaintiff on

        (month) *August* (day) *22* (year) *2017* a copy of which

        *Notice* is attached to this complaint.

9.    The defendant discriminated against the plaintiff because of the plaintiff's [***check only***

***those that apply***]:

    (a) ☒ Age (Age Discrimination Employment Act).

    (b) ☐ Color (Title VII of the Civil Rights Act of 1964 and 42 U.S.C. §1981).

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

Rev. 06/27/2016

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

(c) ☒ Disability (Americans with Disabilities Act or Rehabilitation Act)

(d) ☐ National Origin (Title VII of the Civil Rights Act of 1964 and 42 U.S.C. §1981).

(e) ☐ Race (Title VII of the Civil Rights Act of 1964 and 42 U.S.C. §1981).

(f) ☐ Religion (Title VII of the Civil Rights Act of 1964)

(g) ☐ Sex (Title VII of the Civil Rights Act of 1964)

10. If the defendant is a state, county, municipal (city, town or village) or other local governmental agency, plaintiff further alleges discrimination on the basis of race, color, or national origin (42 U.S.C. § 1983).

11. Jurisdiction over the statutory violation alleged is conferred as follows: for Title VII claims by 28 U.S.C.§1331, 28 U.S.C.§1343(a)(3), and 42 U.S.C.§2000e-5(f)(3); for 42 U.S.C.§1981 and §1983 by 42 U.S.C.§1988; for the A.D.E.A. by 42 U.S.C.§12117; for the Rehabilitation Act, 29 U.S.C. § 791.

12. The defendant [*check only those that apply*]
(a) ☒ failed to hire the plaintiff.

(b) ☒ terminated the plaintiff's employment.

(c) ☐ failed to promote the plaintiff.

(d) ☐ failed to reasonably accommodate the plaintiff's religion.

(e) ☒ failed to reasonably accommodate the plaintiff's disabilities.

(f) ☐ failed to stop harassment;

(g) ☐ retaliated against the plaintiff because the plaintiff did something to assert rights protected by the laws identified in paragraphs 9 and 10 above;

(h) ☒ other (specify): Terminated "Term Life Insurance Policy" UNable To Secure INSurance, IN The event OF Death, Ins. Companies Are DeNYiNg Coverage because of KidNey Disease.

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

See attached Lotter and reason 4 for denial.
Chicago State Cancelled "Term Life Ins" IN May, 2016 Prior To Receiving Official

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

State of ILLINOIS (Gov. Rauner) Cancelled MY "Death Policy" Prior To MY Receipt Of letter stating" No Renewal of ANNUAL Contract for 2017-2018 / See ATTACHED Denial FROM CUNA MUTUAL (LIFE INS)

13. The facts supporting the plaintiff's claim of discrimination are as follows:

Refer To Attachment Compiled for EEOC Sept 15, 2016 / and Other Attachments

14. **[AGE DISCRIMINATION ONLY]** Defendant knowingly, intentionally, and willfully discriminated against the plaintiff.

15. The plaintiff demands that the case be tried by a jury. ☒ Yes ☐ No

16. THEREFORE, the plaintiff asks that the court grant the following relief to the plaintiff [**check only those that apply**]

   (a)   ☐ Direct the defendant to hire the plaintiff.

   (b)   ☒ Direct the defendant to re-employ the plaintiff.

   (c)   ☐ Direct the defendant to promote the plaintiff.

   (d)   ☐ Direct the defendant to reasonably accommodate the plaintiff's religion.

   (e)   ☒ Direct the defendant to reasonably accommodate the plaintiff's disabilities.

   (f)   ☐ Direct the defendant to (specify): _____

   _____

   _____

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

_____

_____

_____

(g) ☒ If available, grant the plaintiff appropriate injunctive relief, lost wages, liquidated/double damages, front pay, compensatory damages, punitive damages, prejudgment interest, post-judgment interest, and costs, including reasonable attorney fees and expert witness fees.

(h) ☒ Grant such other relief as the Court may find appropriate.

_Juanita Holliman_
(Plaintiff's signature)

_JUANITA HOLLIMAN, PhD. RN_
(Plaintiff's name)

_126 W. Delaware Pl — 100_
(Plaintiff's street address)

(City) _Chicago_ (State) _IL_ (ZIP) _60610_

(Plaintiff's telephone number) _312_ – _654-8243_

Date: _August 18, 2017_

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

Rev. 06/27/2016

EEOC Form 161 (11/16)

## U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION

## DISMISSAL AND NOTICE OF RIGHTS

| To: Juanita L. Holliman<br>126 W. Delaware Place, #100<br>Chicago, IL 60610 | From: Chicago District Office<br>500 West Madison St<br>Suite 2000<br>Chicago, IL 60661 |
|---|---|

|  | On behalf of person(s) aggrieved whose identity is<br>CONFIDENTIAL (29 CFR §1601.7(a)) |  |
|---|---|---|

| EEOC Charge No. | EEOC Representative | Telephone No. |
|---|---|---|
| 440-2016-05661 | **Grace Swierczek,**<br>**Investigator** | (312) 869-8144 |

### THE EEOC IS CLOSING ITS FILE ON THIS CHARGE FOR THE FOLLOWING REASON:

| | The facts alleged in the charge fail to state a claim under any of the statutes enforced by the EEOC. |
|---|---|
| | Your allegations did not involve a disability as defined by the Americans With Disabilities Act. |
| | The Respondent employs less than the required number of employees or is not otherwise covered by the statutes. |
| | Your charge was not timely filed with EEOC; in other words, you waited too long after the date(s) of the alleged discrimination to file your charge |
| X | The EEOC issues the following determination: Based upon its investigation, the EEOC is unable to conclude that the information obtained establishes violations of the statutes. This does not certify that the respondent is in compliance with the statutes. No finding is made as to any other issues that might be construed as having been raised by this charge. |
| | The EEOC has adopted the findings of the state or local fair employment practices agency that investigated this charge. |
| | Other (briefly state) |

### - NOTICE OF SUIT RIGHTS -
(See the additional information attached to this form.)

**Title VII, the Americans with Disabilities Act, the Genetic Information Nondiscrimination Act, or the Age Discrimination in Employment Act:** This will be the only notice of dismissal and of your right to sue that we will send you. You may file a lawsuit against the respondent(s) under federal law based on this charge in federal or state court. Your lawsuit **must be filed WITHIN 90 DAYS** of your receipt of this notice; or your right to sue based on this charge will be lost. (The time limit for filing suit based on a claim under state law may be different.)

**Equal Pay Act (EPA):** EPA suits must be filed in federal or state court within 2 years (3 years for willful violations) of the alleged EPA underpayment. This means that **backpay due for any violations that occurred more than 2 years (3 years)** before you file suit may not be collectible.

On behalf of the Commission

*Julianne Bowman*                    8/22/17

**Julianne Bowman,**
**District Director**                    (Date Mailed)

Enclosures(s)

cc:     **Chicago State University**

**c/o Robin Hawkins**
**Sr. Associate General Counsel**
**9501 S. King Dr.**
**ADM 318**
**Chicago, IL 60628**

**Dr. Juanita Holliman**
126 W. Delaware Place-100
Chicago, Illinois 60610
312-654-8243
hlholliman@earthlink.net



September 15, 2016

Equal Employment Commission
500 West Madison Street
Suite 2000
Chicago, Illinois 60661

RE: # 440-2016-05661/Holliman vs. Chicago State University

Dear Investigation Officer,

My Resume, Student evaluations and Teaching Record while serving as a lecturer at Chicago State University, for the past five and ½ years are evidence of my qualifications as a teaching faculty within the Department of Nursing despite my disability as a Hearing Impaired Faculty **(Exhibit A-Resume) as well as, overwhelming positive student Evaluations received for spring, 2016 –( Exhibit B – Student Evaluations).**

**The following information is a detail of years of the university's violation and indifference in providing reasonable accommodation to me because of my Hearing Disability:**

Despite repeated request for accommodations such as small classrooms instead of being assigned to large auditorium lecture halls I was repeatedly ignored.

Repeated request were sent to the Dean Of the College of Health Occupation (Leslie Roundtree) and the Chairperson of the Nursing Department (Lisa Young) and to the Director of Human Resources (Renee Mitchell.)

My pleas for accommodations fell on deaf ears. I repeatedly made phone calls to the Director of HR, from Fall, 2013-Spring, 2016 and was told each time that "she was not available to speak with me."

Not until the Spring of 2016 after repeated emails to both Dr. Young and Dr. Roundtree I was assigned to teach in a smaller class room setting (BHS 501).

further proof of my hearing disability I requested that my medical provider (Dr. Alan G. Micco/Otologist) at Northwestern Medicine, forward a letter to the university, informing administrators of the extent of my hearing impairment ( Human Resource and other administrative officials at Chicago State University( **Exhibit C).** Again, no attempts were made to provide "Reasonable Accommodations" from any of Chicago State University administrative officers.

At the beginning of the Spring, 2016, I was assigned by Dr. Young again, to teach a "Leadership in Nursing" class to 52 students in a 300-400 auditorium classroom setting.

I went to Dr. Young's office and requested a smaller classroom because of my Hearing Disability. Her response: "There is nothing I can do, you need to call the person who schedules the classrooms." I immediately phoned the office of room scheduling and respectfully requested that I needed a smaller classroom. The person in charge was Ms. Daphne Towsend.

**In a correspondence (Email) sent to Dr. Renee Mitchell, Director of Human Resource at Chicago State University, Dated May 23, 2016, (Exhibit F), I explained in depth the extent of my hearing disability ("Auditory Processing Disorder") and the need for (reasonable accommodation) for a "Cued Speech Interpreter" for my upcoming, Fall, 2016 classes. Ms. Mitchell nor any representative from Human Resource acknowledged my request for hearing impaired accommodations.**

As a result, I subsequently purchased a multitude of so called hearing devises to no avail. The equipment did nothing to enhance my hearing and I experienced out of pocket financial burdens.

In a Series of Emails: (Exhibit G) sent to Young and Roundtree over the summer of 2016, I repeatedly ask : "what would be my teaching assignment for Fall, 2016 ( please review vague responses received).

Lastly, in August, 2016 , I received an email from Dr. Lisa Young stating:

 "At this time the Department of Nursing has hired a full time tenure track faculty and will not be hiring full time lectures' (my position) – (Exhibit H)  I was devastated.

In several subsequent responses to Young and Roundtree I requested an answer as to why I was not offered a full time tenure track teaching position when it was proffered by both administrators  that  a person in my position would be rehired if "student enrollment increased'

I was never reinstated in my position as a FT Lecturer.  Instead, a FT Tenure Track Faculty was hired to replace me. The American with Disabilities Act includes a position statement that: "reassignment to a Vacant Position is a form of accommodation that an employer must consider." This was never an option offered to me by Chicago State University; instead, a new person was hired to replace me and assigned to teach courses I previously taught. The university's website currently has postings for nursing faculty positions (Exhibit I).


The employee's stated reason is not a true reason for the employer's decision to eliminate my position.  Throughout my employment at CSU, I have been subjected to repeated lack of accommodations and perceived hostility because of my disability/hearing impaired.

The names of individuals who can testify in regards to the unlawful, biased, unethical, and discriminatory activities of Doctors Young and Roundtree are listed in (Exhibit J).

Recommendations: Workshops and Seminars should be provided to all Chicago State University employees regarding the *American with Disabilities Act Guidelines and Regulatory Enforcement by the Equal Opportunity Commission.*

*Best wishes,*

*Dr. Juanita Holliman*

To: Juanita Holliman <jholli22@csu.edu>
Cc: Lisa Young <lyoung24@csu.edu>, Office of the Provost <provost@csu.edu>, Thomas Britt <tbritt@csu.edu>


Dr. Holliman,

At this time the Department of Nursing has hired a full-time tenure track faculty and will not be rehiring full-time lecturers at this time.  As the program re-establishes itself, we will keep you in mind. I thank you for your service.

Leslie K. Roundtree DHS, MBA, OTR/L
Dean College of Health Sciences
Chairperson of Occupational Therapy
9501 S. King Drive
Chicago Illinois 60628
Tel: 773-995-2525
Fax: 773-995-4484



Juanita Holliman <jholli22@csu.edu>

---

# NURSING-FACULTY: Yearlong 2016-2017
2 messages

---

**Juanita Holliman** <jholli22@csu.edu>                     Fri, Jun 24, 2016 at 7:17 PM
To: Leslie Roundtree <lroundtr@csu.edu>, Lisa Young <lyoung24@csu.edu>, nursing-faculty <nursing-faculty@csu.edu>

Hi All,
Since there are only four nursing faculty  left in the Department of Nursing, will "year longs" be made available to faculty before annual contracts are submitted for our signatures?

The grapevine circulating in the community is that "the Nursing Program is being considered to be eliminated" ???

Sincerely,
Juanita Holliman, PhD RN
Visiting Assistant Professor
Critical Thinking Education Scholar
College of Health Science
Chicago, Illinois
email: jholli22@csu.edu
http://www.csu.edu

phone:773-2000
Fax:773-821-2438

---

**Lisa Young** <lyoung24@csu.edu>                     Tue, Jun 28, 2016 at 11:56 AM
To: Juanita Holliman <jholli22@csu.edu>
Cc: "Dr. Leslie K. Roundtree" <lroundtr@csu.edu>

Hi Dr. Holliman,

To date, Unit B faculty have not been processed for rehire.

I am not aware of the any of the above stated comments.

Nursing is moving forward as scheduled.


Lisa A. Young, DNP, APN, FNP-BC
College of Health Sciences
Interim, Chairperson of Nursing
Chicago State University
9501 S, King Drive ADM 131
Chicago, Illinois 60628-1598
Main Office:773-995-3992
 WHC        773-995-2011
Nursing line:773-995-3901
Direct line:773-995-4529
Fax:773-821-2209
lyoung24@csu.edu


[Quoted text hidden]

October 24, 2016

Ms. Lorna Steuer-Attorney/Mediation
Equal Employment Commission
500 W Madison Street
Suite 2000
Chicago, Illinois 60661

RE: # 440-2016-05661

Dear Ms. Steuer,

This letter is to advise you that I have repeatedly requested that my annual Portfolio submitted to (Dr. Young & Roundtree) for Fall, 2015-2016 Academic Year; which includes detailed information/evidence of positive contributions pertaining to students, the community, articles written, and other contributions to Chicago State University.

I have repeatedly requested that my Portfolio be returned to me: requesting that document be sent via postal service, courier service, and other modes and yet the two named individuals have refused my request.

The attached E Mails is *are* evidence of my numerous attempts to secure this valuable document which is evidence of qualifications for rehire despite my Hearing Disability. While I was offered to personally pick up document; in all honesty it is too emotionally painful for me to do so for fear of a nervous breakdown; in light of the administration requesting that I move everything out of my office (which I have complied).

I am writing to request that you **Subpoena** my 2015-2016 Academic Portfolio, from the above named persons. I strongly recommend that you review document submitted as Evidence in support of my claim of Disability Discrimination (Hearing Loss).

Sincerely,

Juanita Holliman, RN PhD

October 19, 2016


Equal Employment Commission
500 W Madison Street
Suite 2000
Chicago, Illinois 60661

RE: # 440-2016-05661

Dear Ms. Steuer,

FYI- Chicago State University has posted recently (9-10 days ago), a position for a "lecturer" to teach in the Nursing Department.

This is the title of the position I held for prior to being fired because of my Hearing Disability; and at no time was I offered position to continue to teach for the Fall, 2016-2017.

Also, I can recall during the Fall, 2016 of an incident upon entering Lisa Young's office of seeing a hand written note on her desk to someone (can't recall who), makin fun of my Hearing Loss: "She can't hear so why bother."

I continue to experience severe emotional pain and suffering recalling the treatment I received from administrators at Chicago State University because of my Hearing Loss.

Thank you,
Juanita Holliman, RN, PhD

Attachment: Flyer Announcing Position



# EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
## INTAKE QUESTIONNAIRE

Please immediately complete the entire form and return it to the U.S. Equal Employment Opportunity Commission ("EEOC"). **REMEMBER**, a charge of employment discrimination must be filed within the time limits imposed by law, generally within 180 days or in some places 300 days of the alleged discrimination. Upon receipt, this form will be reviewed to determine EEOC coverage. **Answer all questions as completely as possible, and attach additional pages if needed to complete your response(s). If you do not know the answer to a question, answer by stating "not known." If a question is not applicable, write "n/a." Please Print.**

**1. Personal Information**

Last Name: Holliman    First Name: Juanita    MI: L.

Street or Mailing Address: 126 W. Delaware Place    Apt Or Unit #: 100

City: Chicago    County: Cook    State: Illinois    ZIP: 60610312

Phone Numbers: Home: (    )    Work: ( 773 ) 995-2000

Cell: ( 312 ) 480-6134    Email Address: hlholliman@earthlink.net

Date of Birth: 12/07/1939    Sex: Male ☐  Female ☒    Do You Have a Disability? ☒ Yes ☐ No

**Please answer each of the next three questions.** i. Are you Hispanic or Latino? ☐ Yes ☒ No

ii. What is your Race? Please choose all that apply. ☐ American Indian or Alaska Native ☐ Asian ☐ White
☒ Black or African American ☐ Native Hawaiian or Other Pacific Islander

iii. What is your National Origin (country of origin or ancestry)? American

**Please Provide The Name Of A Person We Can Contact If We Are Unable To Reach You:**

Name: Mark Holliman    Relationship: Son

Address: 126 W. Delaware Pl-100    City: Chicago    State: Il    Zip Code: 60610

Home Phone: (    )    Other Phone: ( 312 ) 545-6205

**2. I believe that I was discriminated against by the following organization(s):** (Check those that apply)

☒ Employer   ☐ Union   ☐ Employment Agency   ☐ Other (Please Specify)

**Organization Contact Information** (If the organization is an employer, provide the address where you actually worked. If you work from home, check here ☐ and provide the address of the office to which you reported.) **If more than one employer is involved, attach additional sheets.**

**Organization Name:** Chicago State University

Address: 9501 So. King Drive    County: Cook

City: Chicago    State: Il   Zip: 60628    Phone: ( 773 ) 995-2000

Type of Business: University    Job Location if different from Org. Address: Same

Human Resources Director or Owner Name: Ms. Renee Mitchell    Phone: 773-995-2000

**Number of Employees in the Organization at All Locations:** Please Check (√) One

☐ Fewer Than 15   ☐ 15 - 100   ☐ 101 - 200   ☒ 201 - 500   ☐ More than 500

**3. Your Employment Data** (Complete as many items as you can)   **Are you a Federal Employee?** ☐ Yes ☐ No

Date Hired: September, 2010    Job Title At Hire: Lecturer

Pay Rate When Hired: 68.000    Last or Current Pay Rate: 70,000

Job Title at Time of Alleged Discrimination: Lecturer (Unit B)    Date Quit/Discharged: August 17, 2016

Name and Title of Immediate Supervisor: Dr. Lisa Young & Dr Leslie Roundtree

**If Job Applicant,** Date You Applied for Job _n/a_ _____ Job Title Applied For _____

**4.  What is the reason (basis) for your claim of employment discrimination?**

*FOR EXAMPLE, if you feel that you were treated worse than someone else because of race, you should check the box next to* Race. *If you feel you were treated worse for several reasons, such as your sex, religion and national origin, you should check all that apply. If you complained about discrimination, participated in someone else's complaint, or filed a charge of discrimination, and a negative action was threatened or taken, you should check the box next to* Retaliation.

☐ Race   ☐ Sex   ☐ Age   ☒ Disability   ☐ National Origin   ☐ Religion   ☐   Retaliation   ☐ Pregnancy   ☐ Color (typically a difference in skin shade within the same race)   ☐ Genetic Information; choose which type(s) of genetic information is involved:

☐ i. genetic testing   ☐ ii. family medical history   ☐ iii. genetic services (genetic services means counseling, education or testing)

If you checked color, religion or national origin, please specify: _____

If you checked genetic information, how did the employer obtain the genetic information? _____

_____

Other reason (basis) for discrimination (Explain). Sensorial Hearing Loss

**5.  What happened to you that you believe was discriminatory?**  Include the date(s) of harm, the action(s), and the name(s) and title(s) of the person(s) who you believe discriminated against you.  **Please attach additional pages if needed.**
*(Example: 10/02/06  - Discharged by Mr. John Soto, Production Supervisor)*

A) Date: May 23, 2016     Action: Letter sent to Director of Human Resources: Renee Mitchell, and cc: Roundtree & Young

Name and Title of Person(s) Responsible: Drs Lisa Young (Acting Dept Chair) & Leslie Roundtree (Dean)

B) Date: August 16,2016     Action: Email receivbed from Dean Roundtree that I would not be rehired as a FT Lecturer

Name and Title of Person(s) Responsible: Dr Young & Dr. Leslie Roundtree

**6.  Why do you believe these actions were discriminatory? Please attach additional pages if needed.**

For the past two year I had repeated ly requested accommodations from Human Resource and immediate supervisors and received absolutely no response or accommodation from persons in administrative positions. More recently, on May 23, 2016 I again requested in classroom assistance for accommodations for classes to be taught for the upcoming 2016-2017 academic year projected.

**7.  What reason(s) were given to you for the acts you consider discriminatory?  By whom?  His or Her Job Title?**

"No accommodation could be provided" instead I would not be rehired as a FT Lecturer. At no time was I offered a "Tenure Track Position" from Young or Roundtree; in light of positive feedback received from students for all of my classes  2015-2016.(see attached)

**8. Describe who was in the same or similar situation as you and how they were treated.  For example, who else applied for the same job you did, who else had the same attendance record, or who else had the same performance?  Provide the race, sex, age, national origin, religion, or disability of these individuals, if known, and if it relates to your claim of discrimination.  For example, if your complaint alleges race discrimination, provide the race of each person; if it alleges sex discrimination, provide the sex of each person; and so on.  Use additional sheets if needed.**

Of the persons in the same or similar situation as you, who was treated *better* than you?

| A. Full Name | Race, sex, age, national origin, religion or disability | Job Title |
|---|---|---|
| n/a | | |

Description of Treatment

| B. Full Name | Race, sex, age, national origin, religion or disability | Job Title |
|---|---|---|
| | | |

Description of Treatment

**Of the persons in the same or similar situation as you, who was treated *worse* than you?**

| A. Full Name | Race, sex, age, national origin, religion or disability | Job Title |
|---|---|---|
| n/a | | |

Description of Treatment

| B. Full Name | Race, sex, age, national origin, religion or disability | Job Title |
|---|---|---|
| | | |

Description of Treatment

**Of the persons in the same or similar situation as you, who was treated the *same* as you?**

| A. Full Name | Race, sex, age, national origin, religion or disability | Job Title |
|---|---|---|
| | | |

Description of Treatment

| B. Full Name | Race, sex, age, national origin, religion or disability | Job Title |
|---|---|---|
| | | |

Description of Treatment

**Answer questions 9-12 <u>only</u> if you are claiming discrimination based on disability. If not, skip to question 13. Please tell us if you have more than one disability. Please add additional pages if needed.**

9. Please check all that apply:

     ☒    Yes, I have a disability

     ☐    I do not have a disability now but I did have one

     ☐    No disability but the organization treats me as if I am disabled

**10. What is the disability that you believe is the reason for the adverse action taken against you? Does this disability prevent or limit you from doing anything?** (e.g., lifting, sleeping, breathing, walking, caring for yourself, working, etc.).

Auditory Processing Disorder" as determined by Otologist at North Western Memorial Hospital (see attached)

**11. Do you use medications, medical equipment or anything else to lessen or eliminate the symptoms of your disability?**

    Yes ☒   No ☐

If "Yes," what medication, medical equipment or other assistance do you use?

Hearing Aids as prescribed by Otologist

**12. Did you ask your employer for any changes or assistance to do your job because of your disability?**

    Yes ☒   No ☐

If "YES", when did you ask? _2014-2016_     How did you ask (verbally or in writing)? _Verbally & In Writing_

Who did you ask? (Provide full name and job title of person)

Drs Young & Roundtree

Describe the changes or assistance that you asked for:

Requested smaller classroom assignments and a "cued speech interpreted" (work study student) for classes.

How did your employer respond to your request?

Absolutely no response from either Young or Roundtree !

**13. Are there any witnesses to the alleged discriminatory incidents? If yes, please identify them below and tell us what they will say. (Please attach additional pages if needed to complete your response)**

| A. Full Name | Job Title | Address & Phone Number |
|---|---|---|
| Tamara Love | Professor | 773-241-0619 |

**What do you believe this person will tell us?**

Ms. Love served as Interpretor for phone calls received per my office phone- I could not understand person speaking during calls.

| B. Full Name | Job Title | Address & Phone Number |
|---|---|---|
| | | |

**What do you believe this person will tell us?**


**14. Have you filed a charge previously in this matter with EEOC or another agency?  Yes ☐  No ☒**

**15. If you have filed a complaint with another agency, provide name of agency and date of filing:**

No

**16. Have you sought help about this situation from a union, an attorney, or any other source?  Yes ☐  No ☐**
Provide name of organization, name of person you spoke with and date of contact. Results, if any?


**Please check one of the boxes below to tell us what you would like us to do with the information you are providing on this questionnaire.** If you would like to file a charge of job discrimination, you must do so either within 180 days from the day you knew about the discrimination, or within 300 days from the day you knew about the discrimination if the employer is located in a place where a state or local government agency enforces laws similar to the EEOC's laws. **If you do not file a charge of discrimination within the time limits, you will lose your rights. If you would like more information before filing a charge or you have concerns about EEOC's notifying the employer, union, or employment agency about your charge, you may wish to check Box 1. If you want to file a charge, you should check Box 2.**

Box 1 ☐ I want to talk to an EEOC employee before deciding whether to file a charge. I understand that by checking this box, I have not filed a charge with the EEOC. **I also understand that I could lose my rights if I do not file a charge in time.**

Box 2 ☒ I want to file a charge of discrimination, and I authorize the EEOC to look into the discrimination I described above. I understand that **the EEOC must give the employer, union, or employment agency that I accuse of discrimination information about the charge, including my name.** I also understand that the EEOC can only accept charges of job discrimination based on race, color, religion, sex, national origin, disability, age, genetic information, or retaliation for opposing discrimination.

_____ Signature

August 22, 2016
Today's Date

**PRIVACY ACT STATEMENT:** This form is covered by the Privacy Act of 1974: Public Law 93-579. Authority for requesting personal data and the uses thereof are:
1. **FORM NUMBER/TITLE/DATE.** EEOC Intake Questionnaire (9/20/08).
2. **AUTHORITY.** 42 U.S.C. § 2000e-5(b), 29 U.S.C. § 211, 29 U.S.C. § 626. 42 U.S.C. 12117(a), 42 USC §2000ff-6.
3. **PRINCIPAL PURPOSE.** The purpose of this questionnaire is to solicit information about claims of employment discrimination, determine whether the EEOC has jurisdiction over those claims, and provide charge filing counseling, as appropriate. Consistent with 29 CFR 1601.12(b) and 29 CFR 1626.8(c), this questionnaire may serve as a charge if it meets the elements of a charge.
4. **ROUTINE USES.** EEOC may disclose information from this form to other state, local and federal agencies as appropriate or necessary to carry out the Commission's functions, or if EEOC becomes aware of a civil or criminal law violation. EEOC may also disclose information to respondents in litigation, to congressional offices in response to inquiries from parties to the charge, to disciplinary committees investigating complaints against attorneys representing the parties to the charge, or to federal agencies inquiring about hiring or security clearance matters
5. **WHETHER DISCLOSURE IS MANDATORY OR VOLUNTARY AND EFFECT ON INDIVIDUAL FOR NOT PROVIDING INFORMATION.** Providing of this information is voluntary but the failure to do so may hamper the Commission's investigation of a charge. It is not mandatory that this form be used to provide the requested information.

Print Form

Ms. Renee Mitchell
Director of Human Resources
Chicago State University
9501 South King Drive
Chicago, Illinois 60628

May 23, 2016

Dear Ms. Mitchell,

I am writing to elicit your assistance in obtaining a "Cued speech Interpreter" i.e. a Federal Work Study Student for each of my assigned classes during the 2016-2017 Academic Year.

For several years I have had difficulty translating student's spoken words in classroom settings. I have a hearing deficit which has been officially diagnosed medically as experiencing an "Auditory Processing Disorder." Whereby, I hear but I am unable to understand spoken words.

The American Speech-Language-Hearing Association (2016) provides the following definition: "Auditory Processing Disorders occurs when the person cannot process the information they hear, which leads to difficulty in recognizing and interpreting speech sounds."

I respectfully cite Section 504 of the *Rehabilitation Act of 1973 that requires employers and places of public accommodations to provide qualified interpreters to ensure effective communication.*

A letter of confirmation is attached from my Health Care Provider/Otologist at Northwestern Memorial Hospital.

Sincerely,
Juanita Holliman, PhD RN
Department of Nursing

CC: Dr.Lisa Young, Dean Leslie Roundtree,
President Calhoun, Mr. Robert Bionaz

Office Use Only:
179106000045129874



*CMFG Life Insurance Company*

September 12, 2017

Ms Juanita Holliman
126 W Delaware Pl Apt 100
Chicago IL 60610

Re: 06 45129874 Juanita Holliman

Thank you for your application for life insurance with CMFG Life Insurance Company. We appreciate the opportunity you gave us to consider the request.

After careful consideration and evaluation, we are unable to provide you with life insurance based on your prescription drug record and your kidney disease as indicated on the application.

Our decision was based in whole or part on information obtained by ScriptCheck Compliance, a consumer reporting agency. They did not make this decision nor can they explain why the decision was made. However, you may work directly with them regarding the accuracy or completeness of any information they provided. You may obtain a free disclosure of your file from ScriptCheck Compliance if you make the request within 60 days by contacting them at:

ScriptCheck Compliance
ExamOne
10101 Renner Boulevard
Lenexa KS 66219
E-mail: ScriptCheckCompliance@ExamOne.com
Voice Mail: (844) 225-8047

A refund check for $112.66 has been mailed separately.

A copy of the notice, "Rights to Access and Correct Customer Information" is enclosed.

We regret that coverage could not be issued.

Consumer Underwriting

Enclosure
cc: 12310 Douglas K Lilleskov
kat

1693-D 0808

2000 Heritage Way • Waverly, IA 50677-9202
Business: 800.798.6600 • Voice/TDD: 319.352.4090 • Fax: 319.352.1328 • Website: eservice.cunamutual.com



CMFG Life Insurance Company

# RIGHTS TO ACCESS AND CORRECT
# CUSTOMER INFORMATION

An individual may submit a signed written request to access any personal information which CMFG Life Insurance Company has collected about them. The request must provide a reasonable description of the information which is desired, your policy / certificate number and a return address. Requests should be sent to:

CMFG Life Insurance Company
Chief Underwriter
2000 Heritage Way
Waverly, IA 50677

For some of our products, we may also obtain and share information with MIB, Inc. (MIB) during our underwriting process. At your request, MIB will also arrange disclosure of any information it may have in your file. If you question the accuracy of information in MIB's file, you may contact MIB and seek a correction in accordance with the procedures set forth in the Federal Fair Credit Reporting Act. The address of MIB's information office is:

MIB, Inc.
50 Braintree Hill Park
Suite 400
Braintree, MA 02184-8734
(866) 692-6901 (TTY 866-346-3642)

**Your Rights Following an Adverse Underwriting Decision**

If an individual submits a written request within 90 business days from the date CMFG Life notifies the individual of an adverse underwriting decision, the following information will be provided within 21 business days:

- The specific reason for the adverse decision if the information was not initially furnished in writing, and
- The specific items of personal and privileged information that support those reasons, unless there is a suspicion of criminal activity, fraud, material misrepresentation or material nondisclosure. Medical record information will be provided to the individual's designated medical professional who is licensed to provide care for the condition to which the information relates.
- Names and addresses of any institutional sources that supplied specific items of personal or privileged information, except that the names of medical professionals or institutions will be provided to the individual's designated medical professional.

**Your Rights to Access Recorded Personal Information**

- Within 30 business days from the date the request is received, CMFG Life will do the following:
  - Inform the individual of the contents and source of the recorded personal information in writing.
  - Allow the individual to see and copy, in person, recorded personal information pertaining to him or her  - or - obtain a copy of such recorded personal information by mail, whichever the individual prefers. If the recorded personal information is in a coded form, an accurate translation shall be provided in writing.
  - With the exception of residents of California or Virginia, if medical information is obtained from the individual's health care provider, CMFG Life will not provide copies directly to the individual. CMFG Life will, however, provide the name, address of the source and a copy of the medical records to an appropriately licensed health care provider selected by the individual.
  - Medical information regarding residents of California or Virginia that was obtained from their health care provider will be provided to the individual, unless it is determined that doing so may endanger the life, physical safety or cause substantial harm to the individual or another person.
  - Inform the individual, if recorded, of those persons to whom this information has been disclosed to within the last two years. If an identity has not been recorded, we will inform the individual who information is normally disclosed to.
  - Provide the individual with a summary of the procedures on how he or she may request to correct, amend or delete their recorded personal information.
- These rights do not extend to information that relates to and is collected in connection with or in reasonable anticipation of a claim, or civil or criminal proceeding.


CMFG Life Insurance Company

Office Use Only
179206000045129874

September 11, 2017

Ms Juanita Holliman
126 W Delaware Pl Apt 100
Chicago IL  60610-3252

Re:  06 45129874 Juanita Holliman

Thank you for your recent application for TruStage™ life insurance through CMFG Life Insurance Company.

A review of your application indicates that information is missing.  We have enclosed a Supplemental Statement restating the missing information for completion.

- **Proposed Insured** – Please complete your occupation, annual income, birth state and social security number on the enclosed supplement.
- **Height/Weight/Attending Physician** – Please complete your  height, weight, and attending physician information on the supplement.

It is important that this information be received as quickly as possible.  Please return the requested information by October 3, 2017, or regrettably, your application will be closed with no coverage in force.  A postage-paid envelope is enclosed for your convenience.

If you have any questions, please contact your representative, Douglas K. Lilleskov, at 1.877.MEMBERS (1.877.636.2377) or you may call us at 1.800.798.6600, Ext. 4832700.

Consumer Underwriting

Enclosures
cc:  12310 Douglas K Lilleskov
dde