UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.2.1
Eastern Division

Juanita Holliman
          Plaintiff,

v.                    Case No.: 1:17−cv−06773
                   Honorable John J. Tharp Jr.

Chicago State University
          Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, January 2, 2018:

  MINUTE entry before the Honorable John J. Tharp, Jr:The plaintiff has failed to pay the filing fee as required by the Court's 11/20/2017 order [11] denying her application for leave to proceed in forma pauperis. Accordingly, the plaintiff's complaint is dismissed without prejudice and this case is terminated. Mailed notice(air, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.